UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH MANNING SHORT,<br><br>    Petitioner,<br><br>    v.<br><br>AARON FORD,<br><br>    Respondent. | Case No. 2:21-cv-01381-RFB-EJY<br><br>**EXTENSION ORDER** |

    This habeas matter is before this Court on Respondents' motion for a 14-day extension of time to file their response to Petitioner Keith Manning Short's motion to reopen case. This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** that Respondents' motion for extension of time [ECF No. 19] is granted. Respondents have up to and including March 26, 2025, to file their response.

    **DATED:** March 11, 2025

                                                      **RICHARD F. BOULWARE, II**
                                                      **UNITED STATES DISTRICT JUDGE**