UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH MANNING SHORT, | Case No. 2:21-cv-01381-RFB-EJY |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| AARON FORD, | |
| Respondent. | |

This habeas matter is before this Court on Respondents' motion for a 2-day extension of time to file their response to Petitioner Keith Manning Short's motion to reopen case. This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time is granted. Respondents have up to and including March 31, 2025, to file their response.

**DATED:**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**